Daniel S. Mount, Esq. (Cal. Bar No. 77517)
David S. Lavine, Esq. (Cal. Bar No. 166744)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com; dlavine@mount.com

Counsel for SILICONINDIA, INC.,
dba CIO REVIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONINDIA, INC., dba CIO Review<br><br>Plaintiff<br><br>v.<br><br>CIO STORY; and DOES 1-10,<br><br>Defendants | Case No. 5:15-cv-01516<br><br>**PLAINTIFF'S REQUEST TO APPEAR AT SETTLEMENT STATUS HEARING TELEPHONICALLY**; AND ORDER THEREON |

1    Pursuant to this Court's Notice issued on May 28, 2015, a Status Hearing shall be held on
2 May 29, 2015 at 2:00 pm in Courtroom 7, 4th Floor at 280 South First Street, San Jose, California.
3 Plaintiff's undersigned lead counsel is in charge of matters related to the status of this case and will
4 be attending the hearing on behalf of plaintiff.  However, lead counsel is scheduled to be in San
5 Francisco that day.  To avoid lost time if required to travel, plaintiff respectfully requests the Court to
6 permit its counsel to appear at the status hearing telephonically.

                                               Respectfully Submitted,

Date:  May 28, 2015                             Mount, Spelman & Fingerman, P.C.

                                               /s/ David Lavine

                                             Plaintiff Siliconindia, Inc. dba, CIO Review

### ORDER

Plaintiff's request to appear telephonically is granted. Counsel must call the Courtroom Deputy Patty Cromwell at 408.535.5365 to provide a direct dial number for this appearance.

Dated: May 28, 2015



IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

Case No. 5:15-cv-01516                                                                                                                Page 1
Plaintiff's Request to Appear at Settlement Status Hearing Telephonically