UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONINDIA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CIO STORY LLC,<br><br>    Defendant. | Case No.15-cv-01516 NC<br><br>**ORDER**<br><br>Re: Dkt. No. 8 |

On May 29, 2015, the Court held a hearing on the status of settlement between the parties. Defendant indicated to the Court that it may move to revoke its motion to dismiss and instead pursue enforcing an alleged settlement agreement. Thus, the Court orders defendant to submit a statement to the Court by 12:00 p.m. on June 5, 2015 whether it intends to maintain its motion to dismiss at the June 10, 2015 hearing date.

**IT IS SO ORDERED.**

Dated: June 3, 2015

                                        NATHANAEL M. COUSINS<br>
                                        United States Magistrate Judge