UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Siliconindia, Inc., <br><br>        Plaintiff, <br><br>    v. <br><br>CIO STORY LLC, <br><br>        Defendant. | Case No. 15-cv-01516 NC <br><br>**ORDER FOR ADDITIONAL INFORMATION RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br>Re: Dkt. No. 35 |

On June 17, 2015, defendant CIO Story LLC moved to enforce a settlement agreement that it alleges was signed by both parties and resolved the disputes in the present action, Case No. 15-cv-01516 NC.  Plaintiff Siliconindia, Inc. opposes the motion. Dkt. No. 48.  Siliconindia argues that no settlement occurred because (1) Siliconindia was not a party to the agreement and never engaged in any negotiations or settlement discussions; (2) the individual who signed the settlement agreement was not authorized to act on behalf of Siliconindia; and (3) the individual with authority to settle the case on behalf of Siliconindia was not involved in settlement negotiations and did not sign a settlement agreement.  *Id.*

The parties have provided the Court with competing declarations, which present issues of fact for the Court to resolve.  In these situations, "the district court may enforce only *complete* settlement agreements.  Where material facts concerning the *existence* or *terms* of an agreement to settle are in dispute, the parties must be allowed an evidentiary

Case No.: 15-cv-01516 NC

hearing." *Callie v. Near*, 829 F.2d 888, 890 (9th Cir. 1987) (internal citations omitted). In its reply brief, defendant recognizes the need for additional discovery and an evidentiary hearing to resolve the issues of fact. Dkt. No. 51 at 6. Defendant alternatively proffers that the parties may be able to reach a further settlement through mediation or a settlement conference. *Id.*

Thus, the Court VACATES the July 29, 2015, hearing date for the motion to enforce the settlement agreement. The Court ORDERS that the parties meet and confer about alternative dispute resolution, and a schedule for limited discovery and a hearing date. Defendant must submit a status update to the Court by July 17, 2015, to inform the Court whether:

(1) the parties agree to a method of alternative dispute resolution and request a referral, if necessary; or

(2) defendant will pursue an evidentiary hearing on the motion to enforce the settlement. In this case, the parties must propose a schedule for limited discovery and an evidentiary hearing date.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 15-cv-01516 NC                2