Daniel S. Mount, Esq. (Cal. Bar No. 77517)
David S. Lavine, Esq. (Cal. Bar No. 166744)
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com; dlavine@mount.com

Counsel for Plaintiff
SILICONINDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONINDIA, INC.,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>CIO STORY, LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 5:15-cv-01516<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER** |

　　　　WHEREAS, on August 31, 2015, the parties entered into a settlement agreement to resolve disputes in the above-referenced case, a component of which was a stipulation to the Court for an Order of Permanent Injunction binding defendant;

　　　　WHEREAS, on September 1, 2015, plaintiff filed notice with the Court of the parties having reached a conditional settlement;

　　　　WHEREAS, on September 28, 2015, the Court issued an order granting leave for plaintiff to file a first amended complaint, which plaintiff subsequently filed;

　　　　WHEREAS, on September 29, 2015, the Court granted the parties' amended stipulation for an Order of Permanent Injunction binding defendant;

　　　　WHEREAS, defendant has since complied with the conditions provided by the settlement agreement for plaintiff to seek dismissal of the above-referenced action;

REQUEST FOR DISMISSAL　　　　　　　　　　　1
Case No. 5:15-cv-01516

THEREFORE, plaintiff respectfully requests that the above-captioned action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party bearing its own attorneys' fees, expenses and costs except as provided by the parties' settlement agreement. Plaintiff further respectfully requests that, pursuant to the terms of the settlement agreement, the Court retain jurisdiction to hear any disputes regarding the interpretation and enforcement of the parties' settlement agreement, and regarding the interpretation and enforcement of the parties' Stipulation to and the Court's Order of Permanent Injunction.

Dated:  January 7, 2016

MOUNT, SPLEMAN & FINGERMAN, P.C.

By:   */s/* David Lavine

David Lavine

Attorneys for Plaintiff
SILICONINDIA, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REQUEST FOR DISMISSAL                              2
Case No. 5:15-cv-01516

**[PROPOSED] ORDER**

In accordance with the foregoing request, the Court hereby ORDERS:

(i) The action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2);

(ii) Except as set forth in any agreement between them, each party shall bear its own attorneys' fees, expenses and costs; and

(iii) The Court shall retain jurisdiction to hear any disputes regarding the interpretation and enforcement of the parties' settlement agreement, and regarding the interpretation and enforcement of the parties' Stipulation to and the Court's Order of Permanent Injunction.

**IT IS SO ORDERED.**

Dated: _____January 7_____, 2016



Hon. Nathaniel M. Cousins
United States Magistrate Judge

REQUEST FOR DISMISSAL          3
Case No. 5:15-cv-01516